**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

_______________ District of _______________ (State)

Case number (*If known*): _______________ Chapter ____

❑ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

04/25

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

1. **Debtor's name**

   US HOLDINGS LLC

2. **All other names debtor used in the last 8 years**

   Include any assumed names, trade names, and *doing business as* names

   NAVAUTO1 GROUP
   NAVAUTO1 GRP
   NAVOAUTO1

3. **Debtor's federal Employer Identification Number** (EIN)

   85-3044169

4. **Debtor's address**

   **Principal place of business**

   48 E 56th Avenue
   Number Street

   Denver CO 80216
   City State ZIP Code

   Denver
   County

   **Mailing address, if different from principal place of business**

   221 E 56th Avenue
   Number Street

   P.O. Box

   Denver CO 80216
   City State ZIP Code

   **Location of principal assets, if different from principal place of business**

   221 E 56th Avenue
   Number Street

   Denver CO 80216
   City State ZIP Code

5. **Debtor's website** (URL)

   www.na1g.com

Debtor ______________________________ Case number (*if known*) ______________________
Name

**6. Type of debtor**

- ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
- ☐ Partnership (excluding LLP)
- ☐ Other. Specify: ______________________________

**7. Describe debtor's business**

A. *Check one:*

- ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Railroad (as defined in 11 U.S.C. § 101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
- ☑ None of the above

B. *Check all that apply:*

- ☐ Tax-exempt entity (as described in 26 U.S.C. § 501)
- ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
- ☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .

8 1 1 1

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

- ☐ Chapter 7
- ☐ Chapter 9
- ☑ Chapter 11. *Check **all** that apply*:
  - ☑ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).
  - ☑ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ☑ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.
  - ☐ A plan is being filed with this petition.
  - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
  - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
- ☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

- ☑ No
- ☐ Yes. District ______________ When ____________ (MM / DD / YYYY) Case number ______________
  District ______________ When ____________ (MM / DD / YYYY) Case number ______________

Debtor ______________________ Name    Case number (*if known*) ______________________

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☑ No

☐ Yes. Debtor ______________ Relationship ______________

District ______________ When ______________ MM / DD / YYYY

Case number, if known ______________

**11. Why is the case filed in *this district*?**

*Check all that apply:*

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? ______________

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other ______________

**Where is the property?** ______________
Number Street

______________

______________ City    ______ State ______ ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency ______________

Contact name ______________

Phone ______________

## Statistical and administrative information

**13. Debtor's estimation of available funds**

*Check one:*

☑ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☑ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5,001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| ☐ 200-999 | | |

Debtor ______________________ Name      Case number (if known) ______________________

**15. Estimated assets**

- ☐ $0-$50,000
- ☐ $50,001-$100,000
- ☑ $100,001-$500,000
- ☐ $500,001-$1 million
- ☐ $1,000,001-$10 million
- ☐ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☐ $100,000,001-$500 million
- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

**16. Estimated liabilities**

- ☐ $0-$50,000
- ☐ $50,001-$100,000
- ☐ $100,001-$500,000
- ☐ $500,001-$1 million
- ☑ $1,000,001-$10 million
- ☐ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☐ $100,000,001-$500 million
- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

## Request for Relief, Declaration, and Signatures

**WARNING –** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 07/01/2026
MM / DD / YYYY

✘ [signature]
Signature of authorized representative of debtor

Shahnaz Emami
Printed name

Title Chief Executive Officer

**18. Signature of attorney**

✘ [signature]
Signature of attorney for debtor

Date 07/01/2026
MM / DD / YYYY

Issa Israel Esq
Printed name

Consultus Legal Ltd dba Issa Israel Law Firm
Firm name

331 14th St Ste 317
Number Street

Denver
City

CO
State

80202
ZIP Code

720.664.6411
Contact phone

help@iilawfirm.com
Email address

54350
Bar number

CO
State

# LIST OF CREDITORS

Bill and Todd LLC
562 Steele Street
Denver CO 80206

JMD Investments LLC
811 Reed Street
Lakewood CO 80214

Durland Development LLC
15025 Federal Blvd
Broomfield CO 80023

U.S. AUTOFORCE
C/O U.S. VENTURE INC
425 BETTER WAY
APPLETON, WI 54915

GREATAMERICA FINANCIAL SERVICES
200 S MICHIGAN AVE
CHICAGO IL 60604

Liberman & Klestzick LLP
FoxFunding
70 Sunrise Hwy Suite 605
Valley Stream NY 11581

AMERICAN TIRE DISTRIBUTORS, INC.
P.O. BOX 3145
HUNTERSVILLE, NC 28070
Genuine Parts Company

NAPA Auto Parts
2999 Wildwood Pkwy
Atlanta GA 30339

# LIST OF CREDITORS

McGee Company
1140 S Jason St
Denver CO 80223

BRIAN DEBAUCHE
LAW FIRM OF BRIAN DEBAUCHE LLC
401 KALAMATH STREET
DENVER, CO 80204-5019

XCEL Energy
414 Nicollet Mall
Minneapolis MN 55401

Troy Reed Peterson
10 Sherman Ct
Longmont CO 80501

ENTERPRISE RENT-A-CAR
C/O ENTERPRISE HOLDINGS INC
600 CORPORATE PARK DR
ST. LOUIS, MO 63105

SIXT RENT A CAR LLC
1501 NW 49TH ST STE 100
FORT LAUDERDALE, FL 33309

AVIS BUDGET GROUP INC
379 INTERPACE PARKWAY
PARSIPPANY, NJ 07054

ARB 4X4 ACCESSORIES
4810 D ST NW
SUITE 103
AUBURN, WA 98001

# LIST OF CREDITORS

ADVANCE AUTO PARTS INC
4200 SIX FORKS ROAD
RALEIGH, NC 27609

Rocky Mountain Landscape & Concrete LLC
5777 Slate River Pl
Brighton CO 80601

MYERS INDUSTRIES
1293 SOUTH MAIN STREET
AKRON OHIO 44301

SPECIALTY POXY COATINGS INC
12751 W 6TH PLACE
LAKEWOOD CO 80401

United Rentals North America Inc
100 First Stamford Pl Ste 700
Stamford CT 06902

Overhead Door Company
3291 Peoria Street
Aurora CO 80010

Wheel Pros LLC
5670 Greenwood Plaza Blvd Ste 400
Greenwood Village CO 80111

Farris General Contracting LLC
1616 17th St Ste 580
Denver CO 80205

**Fill in this information to identify the case:**

Debtor name ____________________

United States Bankruptcy Court for the: ____________________ District of __________ (State)

Case number (If known): ____________________

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

**12/15**

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider,* as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| | **Name of creditor and complete mailing address, including zip code** | **Name, telephone number, and email address of creditor contact** | **Nature of the claim** (for example, trade debts, bank loans, professional services, and government contracts) | **Indicate if claim is contingent, unliquidated, or disputed** | **Amount of unsecured claim** If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| 1 | Bill and Todd LLC<br>562 Steele Street<br>Denver CO 80206 | Christopher Dawes Esq.<br>Tel 303.292.1200<br>cdawes@foxrothschild.com | Lease Arrears and Related Claims | | | | $40,578 |
| 2 | JMD Investments LLC<br>811 Reed Street<br>Lakewood CO 80214 | Scott Armitage Esq<br>Tel 303.883.5341<br>scott@armitage-law.com | Lease Arrears and Related Claims | | | | $590,000 |
| 3 | Durland Development LLC<br>15025 Federal Blvd<br>Broomfield CO 80023 | Scott Durland<br>Tel 303.807.5649<br>scottdurland@aol.com | Lease Arrears and Related Claims | | | | $280,000 |
| 4 | Liberman & Klestzick LLP<br>FoxFunding<br>70 Sunrise Hwy Suite 605<br>Valley Stream NY 11581 | Joe Lieberman<br>Tel 516.900.6722<br>joe@landklegal.com | Trade Debts | | | | $345,000 |
| 5 | U.S. AUTOFORCE<br>c/o U.S. VENTURE INC<br>425 Better Way<br>Appleton WI 54915 | Deborah Jonen<br>Tel 800.490.4901 | Trade Debts | | | | $180,000 |
| 6 | GREATAMERICA FINANCIAL SERVICES<br>200 S MICHIGAN AVE<br>CHICAGO IL 60604 | Randall Armentrout Esq<br>Tel 515.283.3100<br>rdarmentrout@nyemaster.com | Trade Debts | | | | $175,000 |
| 7 | MYERS INDUSTRIES<br>1293 SOUTH MAIN ST<br>AKRON OHIO 44301 | Sue Rilley Esq<br>Tel 330.253.5592<br>srilley@myersind.com | Trade Debts | | | | $167,000 |
| 8 | AVIS BUDGET GROUP INC<br>379 INTERPACE PARKWAY<br>PARSIPPANY, NJ 07054 | Jean Sera Esq<br>Tel 973.496.4700<br>Jean.sera@avisbudget.com | Trade Debts | | | $65,000 | $125,000 |

Debtor ____________________ Case number (if known)____________________
Name

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9 | SPECIALTY POXY COAT-INGS INC<br>12751 W 6TH PLACE<br>LAKEWOOD CO 80401 | Christopher Kenney Esq<br>Tel 303.504.4191<br>chris@chriskenneylaw.com | Trade Debts | | | | $113,136 |
| 10 | AMERICAN TIRE DISTRIBU-TORS, INC.<br>P.O. BOX 3145<br>HUNTERSVILLE, NC 28070 | Bill Peterson Esq<br>Tel 303.772.0165<br>bill@creditorsrights.com | Trade Debts | | | | $108,245 |
| 11 | ENTERPRISE RENT-A-CAR<br>C/O ENTERPRISE HOLDINGS INC<br>600 CORPORATE PARK DR<br>ST. LOUIS, MO 63105 | Jacob Hollars Esq<br>Tel 303.839.3800<br>jhollars@spencerfane.com | Trade Debts | | | $150,000 | $100,000 |
| 12 | Genuine Parts Company<br>NAPA Auto Parts<br>2999 Wildwood Pkwy<br>Atlanta GA 30339 | Bill Peterson Esq<br>Tel 303.772.0165<br>bill@creditorsrights.com | Trade Debts | | | | $71,924.61 |
| 13 | ADVANCE AUTO PARTS INC<br>4200 SIX FORKS ROAD<br>RALEIGH, NC 27609 | Corporation Service Company<br>Tel 302.421.6100 | Trade Debts | | | | $70,000 |
| 14 | Wheel Pros LLC<br>5670 Greenwood Plaza Blvd<br>Ste 400<br>Greenwood Village CO 80111 | Bill Peterson Esq<br>Tel 303.772.0165<br>mcpy@mcyplaw.com | Trade Debts | | | | $55,647 |
| 15 | Farris General Contracting LLC<br>1616 17th St Ste 580<br>Denver CO 80205 | Nathan Silver Esq<br>Tel 720.341.0950<br>nathan@silverlawdenver.com | Trade Debts | | | | $54,900 |
| 16 | McGee Company<br>1140 S Jason St<br>Denver CO 80223 | Ian McGee<br>Tel 303.777.2615<br>info@mcgeecompany.com | Trade Debts | | | | $54,735 |
| 17 | BRIAN DEBAUCHE<br>LAW FIRM OF BRIAN DEBAUCHE LLC<br>401 KALAMATH STREET<br>DENVER, CO 80204-5019 | Brian DeBauche<br>Tel 303.571.5023<br>brian@denverlawshark.com | Trade Debts | | | | $52,000 |
| 18 | SIXT RENT A CAR LLC<br>1501 NW 49TH ST STE 100<br>FORT LAUDERDALE, FL 33309 | Elizabeth Carrera<br>Tel 888.942.7498 x 8284<br>elizabeth.carrera@sixt.com | Trade Debts | | | $130,000 | $40,000 |
| 19 | ARB 4X4 ACCESSORIES<br>4810 D ST NW<br>SUITE 103<br>AUBURN, WA 98001 | Help Center<br>Tel 425.264.1391 | Trade Debts | | | | $37,000 |
| 20 | Overhead Door Company<br>3291 Peoria Street<br>Aurora CO 80010 | Benjamin Vinci Esq<br>303.512.0340<br>vlo@vincilaw.com | Trade Debts | | | | $35,304 |

# WRITTEN CONSENT AND RESOLUTIONS OF US HOLDINGS LLC

The undersigned, being the duly authorized Chief Executive Officer and authorized representative of US Holdings LLC (the "Company"), hereby adopts the following resolutions by written consent:

**WHEREAS**, the Company is experiencing financial difficulties and is evaluating restructuring options, including relief under the United States Bankruptcy Code;

**WHEREAS**, the Company faces pending creditor actions, including litigation and/or eviction-related proceedings, and has determined that a bankruptcy filing may be necessary to preserve the Company's assets, operations, leasehold interests, and ability to reorganize;

**WHEREAS**, after consideration of the Company's financial condition, creditor claims, pending litigation, lease obligations, and available restructuring alternatives, the undersigned has determined that it is in the best interests of the Company, its estate, creditors, and other parties in interest for the Company to seek relief under Chapter 11 of the Bankruptcy Code, including an election to proceed under Subchapter V if eligible.

**NOW, THEREFORE, BE IT RESOLVED**, that the Company is authorized to file a voluntary petition for relief under Chapter 11 of Title 11 of the United States Code in the United States Bankruptcy Court;

**FURTHER RESOLVED**, that the Company is authorized to elect to proceed under Subchapter V of Chapter 11, if the Company qualifies as a small business debtor and such election is determined to be in the Company's best interests;

**FURTHER RESOLVED**, that Shahnaz Emami, as Chief Executive Officer and authorized representative of US Holdings LLC, is authorized, empowered, and directed to execute and file, on behalf of the Company, the voluntary bankruptcy petition, creditor matrix, list of twenty largest unsecured creditors, schedules, statements, declarations, applications, motions, notices, and all other pleadings, papers, and documents necessary or appropriate in connection with the bankruptcy case;

**FURTHER RESOLVED**, that Shahnaz Emami as Chief Executive Officer and authorized representative of the Company, is authorized to verify, sign, certify, and submit all bankruptcy papers on behalf of the Company, including any documents signed under penalty of perjury;

**FURTHER RESOLVED**, that the Company is authorized to retain bankruptcy counsel and any other professionals necessary or appropriate to represent and assist the Company in connection with the bankruptcy case, subject to any required bankruptcy court approval;

**FURTHER RESOLVED**, that the authorized representative of the Company is authorized to take any and all actions necessary or appropriate to protect the Company's interests, including providing notice of the bankruptcy filing and automatic stay to any state court, landlord, creditor, adverse party, counsel, governmental agency, or other party in interest;

**FURTHER RESOLVED**, that all actions previously taken by the Company's authorized representative, officers, managers, members, employees, agents, and counsel in connection with the preparation, evaluation, and filing of the bankruptcy case are hereby approved, ratified, and confirmed in all respects;

**FURTHER RESOLVED**, that the authorized representative of the Company may execute and deliver any further documents and take any further action deemed necessary, advisable, or proper to carry out the intent and purposes of these resolutions.

The foregoing resolutions are hereby adopted, approved, and executed by the undersigned as the duly authorized Chief Executive Officer and authorized representative of US Holdings LLC, effective as of the date set forth below.

DATED THIS 2 day of JULY, 2026

US HOLDINGS LLC
*DBA* NAVAUTO1 GROUP

By: [signature]
SHAHNAZ EMAMI
CHIEF EXECUTIVE OFFICER