# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF COLORADO

In re:

US HOLDINGS LLC

Debtor(s)

Case No. 26-14855-JGR

---

## Chapter 11 Subchapter V Trustee's Report of No Distribution

I, *Jonathan M. Dickey*, having been appointed trustee of the estate of the above-named debtor(s), report I collected funds totaling: $0.00. The case was dismissed with no plan confirmed and no plan payments made to the trustee. The trustee is not requesting compensation pursuant to 11 U.S.C. § 330(a). No funds have been paid by the debtor to the trustee. I hereby certify that the estate of the above-named debtor(s) has been fully administered through the date of dismissal. I request that I be discharged from any further duties as trustee.

Date: 9/1/26

By: [signature], Trustee
Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.